Certificate Number: 03621-NJ-DE-035823954

Bankruptcy Case Number: 21-14457



03621-NJ-DE-035823954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2021</u>, at <u>4:52</u> o'clock <u>PM EDT</u>, <u>Nicola Desanctis</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>July 9, 2021</u>                          By:    <u>/s/Angela Rosales</u>

Name:  <u>Angela Rosales</u>

Title:  <u>Credit Counselor</u>