Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−14457−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicola DeSanctis
   6 Barbara Lane
   Oakhurst, NJ 07755

Social Security No.:
   xxx−xx−2431

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 20, 2021.

Dated: August 20, 2021
JAN: dmi

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-14457-CMG
Nicola DeSanctis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Aug 20, 2021 | Form ID: plncf13 | Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicola DeSanctis, 6 Barbara Lane, Oakhurst, NJ 07755-1219 |
| 519224795 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519224796 | + | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 519224797 | + | Atlantic Capital Bank, 515 Congress Ave, Austin, TX 78701-3557 |
| 519224799 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519224798 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519262612 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519224801 | + | Cap1/l&t, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519224802 | + | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4190 |
| 519224803 | + | Capital Bank N.A., 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 519224818 | + | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 519224819 | + | EnerBankUSA, 1245 E Brickyard, Salt Lake City, UT 84106-2559 |
| 519224820 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519224821 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519253559 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519224826 | | Macys, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519224827 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519224840 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519224839 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519256487 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519224842 | + | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519224844 | | Visa Dept Store National Bank, 911 Duke Blvd, Mason, OH 45040 |
| 519239947 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519224845 | + | Wells Fargo Home Projects, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519224846 | + | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224794 | + | Email/Text: broman@amhfcu.org | Aug 20 2021 20:33:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519224804 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 20 2021 20:41:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519224805 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 20 2021 20:41:14 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

Case 21-14457-CMG    Doc 20    Filed 08/22/21    Entered 08/23/21 00:15:55    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: plncf13 | Total Noticed: 66 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519224809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:28 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519224810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:19 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 519224811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:19 | Citi/L.L. Bean, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519275915 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519224813 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:28 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224812 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:36 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519267507 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 20 2021 20:33:00 | Colonial Savings, Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 519224814 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 20 2021 20:33:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 519224815 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 20 2021 20:33:00 | Colonial Savings & Loans, P O Box 2988, Fort Worth, TX 76113-2988 |
| 519224817 | | Email/Text: mrdiscen@discover.com | Aug 20 2021 20:32:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519228993 | | Email/Text: mrdiscen@discover.com | Aug 20 2021 20:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519228723 | + | Email/Text: mrdiscen@discover.com | Aug 20 2021 20:32:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519224816 | + | Email/Text: mrdiscen@discover.com | Aug 20 2021 20:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519224822 | | Email/Text: reports@halstedfinancial.com | Aug 20 2021 20:32:00 | Halsted Financial Serv, P.o. Box 828, Skokie, IL 60077 |
| 519224823 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2021 20:33:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519224807 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 20 2021 20:41:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519224808 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 20 2021 20:41:13 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519235587 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2021 20:32:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519224824 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2021 20:32:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519224825 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2021 20:32:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519264811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2021 20:41:33 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519224829 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:23 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224828 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:32 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519267871 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519226772 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 20 2021 20:41:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519224831 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:30 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519224832 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:22 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224833 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:32 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519224834 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:31 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224836 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:32 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 519224835 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:31 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519224837 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:31 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519224838 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 20:41:14 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519248168 | + | Email/Text: bncmail@w-legal.com | Aug 20 2021 20:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519224841 | + | Email/Text: documentfiling@lciinc.com | Aug 20 2021 20:32:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519224843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 20:41:28 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519224806 | | Capital One Bank Usa N |
| 519224830 | | Syncb/walmart |
| 519224800 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 519273921 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021    Signature:    /s/Joseph Speetjens

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Aug 20, 2021 | Form ID: plncf13 | Total Noticed: 66

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Nicola DeSanctis courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 4