# UNITED STATES BANKRUPTCY COURT
## District of New Jersey
## Withdrawal / Expungement of Claim

Re: Nicola Desanctis

Case: 21-14457
Claim No.: 2

Creditor, Discover Bank, hereby notifies the Court that claim **No. 2, filed on 06-02-2021** will be or has been withdrawn.

Signed: /s/ AmandaDingus
**Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025
Date: 12/20/2021**