| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-14457 / CMG

Nicola DeSanctis

Petition Filed Date: 05/27/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 08/18/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2021 | $100.00 | 77425820 | 07/06/2021 | $100.00 | 77817500 | 07/28/2021 | $100.00 | 78375720 |
| 08/30/2021 | $100.00 | 79097000 | 10/01/2021 | $100.00 | 79841730 | 11/02/2021 | $100.00 | 80545150 |
| 12/02/2021 | $100.00 | 81152300 | 01/03/2022 | $1,550.00 | 81799130 | 01/31/2022 | $1,550.00 | 82397610 |

**Total Receipts for the Period:  $3,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Nicola DeSanctis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,663.00 | $642.60 | $4,020.40 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,000.97 | $0.00 | $7,000.97 |
| 2 | DISCOVER BANK<br>»»  DUPLICATE OF 1-1/WD 12/20/2021 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 3 | KOHL'S | Unsecured Creditors | $2,041.35 | $0.00 | $2,041.35 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2017, 2020 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 5 | Wells Fargo Bank, NA<br>»»  LEAF FILTER | Secured Creditors | $79.00 | $0.00 | $79.00 |
| 6 | EnerBankUSA | Unsecured Creditors | $3,484.32 | $0.00 | $3,484.32 |
| 7 | TD BANK USA NA | Unsecured Creditors | $990.94 | $0.00 | $990.94 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,828.04 | $0.00 | $2,828.04 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,584.91 | $0.00 | $2,584.91 |
| 10 | U.S. DEPARTMENT OF EDUCATION | Unsecured Creditors | $5,028.12 | $0.00 | $5,028.12 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $3,493.73 | $0.00 | $3,493.73 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,404.59 | $0.00 | $4,404.59 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,226.60 | $0.00 | $2,226.60 |
| 14 | COLONIAL SAVINGS, F.A.<br>»»  P/6 BARBARA LANE/1ST MTG | Mortgage Arrears | $15,160.35 | $0.00 | $15,160.35 |
| 15 | SYNCHRONY BANK<br>»»  QCARD | Unsecured Creditors | $1,485.31 | $0.00 | $1,485.31 |
| 16 | SYNCHRONY BANK<br>»»  TJX REWARDS CC | Unsecured Creditors | $954.24 | $0.00 | $954.24 |

**Chapter 13 Case No. 21-14457 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 17 | SYNCHRONY BANK<br>»»  PC RICHARDS | Unsecured Creditors | $2,983.76 | $0.00 | $2,983.76 |
| 18 | SYNCHRONY BANK<br>»»  CARECREDIT | Unsecured Creditors | $4,224.81 | $0.00 | $4,224.81 |
| 19 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $590.02 | $0.00 | $590.02 |
| 20 | CITIBANK, N.A.<br>»»  HOME DEPOT CC | Unsecured Creditors | $592.22 | $0.00 | $592.22 |
| 21 | AMERICAN HERITAGE FCU<br>»»  2013 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | Unsecured Creditors | $2,710.56 | $0.00 | $2,710.56 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,800.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $642.60 | Current Monthly Payment: | $1,550.00 |
| Paid to Trustee: | $317.80 | Arrearages: | $0.00 |
| Funds on Hand: | $2,839.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

