| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-14457 / CMG**

Nicola DeSanctis

Petition Filed Date: 05/27/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 08/18/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $1,550.00 | 81799130 | 01/31/2022 | $1,550.00 | 82397610 | 03/14/2022 | $1,550.00 | 1501109660 |
| 04/19/2022 | $1,000.00 | 28141385670 | 04/19/2022 | $550.00 | 28141385681 | 05/05/2022 | $1,000.00 | 28141388043 |
| 05/05/2022 | $550.00 | 28141388054 | 06/13/2022 | $1,000.00 | 28141396828 | 06/13/2022 | $550.00 | 28141396830 |
| 07/26/2022 | $1,000.00 | 27574593726 | 07/26/2022 | $550.00 | 27574593737 | 08/10/2022 | $1,000.00 | 27574594402 |
| 08/10/2022 | $550.00 | 27574594413 | 10/12/2022 | $550.00 | 28393427610 | 10/12/2022 | $1,000.00 | 28393427608 |
| 11/23/2022 | $1,000.00 | 28296073056 | 11/23/2022 | $550.00 | 28296073067 | 12/14/2022 | $550.00 | 28393447004 |
| 12/14/2022 | $1,000.00 | 28393446993 | 01/05/2023 | $550.00 | 28393448444 | 01/05/2023 | $1,000.00 | 28393448433 |
| 01/10/2023 | $550.00 | 28269384761 | 01/10/2023 | $1,000.00 | 2826934750 | 02/23/2023 | $550.00 | 28650353782 |
| 02/23/2023 | $1,000.00 | 28650353771 | | | | | | |

**Total Receipts for the Period: $21,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nicola DeSanctis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,663.00 | $4,663.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,000.97 | $0.00 | $7,000.97 |
| 2 | DISCOVER BANK<br>»» DUPLICATE OF 1-1/WD 12/20/2021 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 3 | KOHL'S | Unsecured Creditors | $2,041.35 | $0.00 | $2,041.35 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2017, 2020 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | Wells Fargo Bank, NA<br>»» LEAF FILTER | Secured Creditors | $79.00 | $60.41 | $18.59 |
| 6 | EnerBankUSA | Unsecured Creditors | $3,484.32 | $0.00 | $3,484.32 |
| 7 | TD BANK USA NA | Unsecured Creditors | $990.94 | $0.00 | $990.94 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,828.04 | $0.00 | $2,828.04 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,584.91 | $0.00 | $2,584.91 |
| 10 | US DEPT OF EDUCATION | Unsecured Creditors | $5,028.12 | $0.00 | $5,028.12 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $3,493.73 | $0.00 | $3,493.73 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,404.59 | $0.00 | $4,404.59 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,226.60 | $0.00 | $2,226.60 |

| # | Creditor | Class | Claim | Paid | Balance |
|---|---|---|---:|---:|---:|
| 14 | COLONIAL SAVINGS, F.A.<br>»» P/6 BARBARA LANE/1ST MTG | Mortgage Arrears | $15,160.35 | $14,454.68 | $705.67 |
| 15 | SYNCHRONY BANK<br>»» QCARD | Unsecured Creditors | $1,485.31 | $0.00 | $1,485.31 |
| 16 | SYNCHRONY BANK<br>»» TJX REWARDS CC | Unsecured Creditors | $954.24 | $0.00 | $954.24 |
| 17 | SYNCHRONY BANK<br>»» PC RICHARDS | Unsecured Creditors | $2,983.76 | $0.00 | $2,983.76 |
| 18 | SYNCHRONY BANK<br>»» CARECREDIT | Unsecured Creditors | $4,224.81 | $0.00 | $4,224.81 |
| 19 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $590.02 | $0.00 | $590.02 |
| 20 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $592.22 | $0.00 | $592.22 |
| 21 | AMERICAN HERITAGE FCU<br>»» 2013 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | Unsecured Creditors | $2,710.56 | $0.00 | $2,710.56 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $22,400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $19,178.09 | Current Monthly Payment: | $1,550.00 |
| Paid to Trustee: | $1,768.60 | Arrearages: | $1,550.00 |
| Funds on Hand: | $1,453.31 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

