| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-14457 / CMG**

Nicola DeSanctis

Petition Filed Date: 05/27/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 08/18/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $550.00 | 28393448444 | 01/05/2023 | $1,000.00 | 28393448433 | 01/10/2023 | $550.00 | 28269384761 |
| 01/10/2023 | $1,000.00 | 2826934750 | 02/23/2023 | $550.00 | 28650353782 | 02/23/2023 | $1,000.00 | 28650353771 |
| 04/03/2023 | $550.00 | 28650355986 | 04/03/2023 | $1,000.00 | 28650355975 | 05/02/2023 | $550.00 | 28650366786 |
| 05/02/2023 | $1,000.00 | 28650366775 | 05/26/2023 | $1,000.00 | 28823980217 | 05/26/2023 | $550.00 | 28823980228 |
| 06/27/2023 | $550.00 | 28635317223 | 06/27/2023 | $1,000.00 | 28635317212 | 08/22/2023 | $550.00 | 28347793547 |
| 08/22/2023 | $1,000.00 | 28347793558 | 10/03/2023 | $550.00 | 28910114188 | 10/03/2023 | $1,000.00 | 28910114177 |
| 10/24/2023 | $550.00 | 28910116135 | 10/24/2023 | $1,000.00 | 28910116124 | 10/24/2023 | $550.00 | 28876727777 |
| 10/24/2023 | $1,000.00 | 28876727788 | 10/31/2023 | $1,000.00 | 28876737497 | 10/31/2023 | $550.00 | 28876737508 |
| 01/17/2024 | $550.00 | 28968794188 | 01/17/2024 | $1,000.00 | 28968794177 | 01/17/2024 | $550.00 | 29183014034 |
| 01/17/2024 | $1,000.00 | 29183014023 | | | | | | |

**Total Receipts for the Period:  $21,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $39,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Nicola DeSanctis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,663.00 | $4,663.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,000.97 | $2,000.19 | $5,000.78 |
| 2 | DISCOVER BANK<br>»»  DUPLICATE OF 1-1/WD 12/20/2021 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 3 | KOHL'S | Unsecured Creditors | $2,041.35 | $583.22 | $1,458.13 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2017, 2020 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 5 | Wells Fargo Bank, NA<br>»»  LEAF FILTER | Secured Creditors | $79.00 | $79.00 | $0.00 |
| 6 | EnerBankUSA | Unsecured Creditors<br>Hold Funds: Pending Resolution | $3,484.32 | $0.00 | $3,484.32 |
| 7 | TD BANK USA NA | Unsecured Creditors | $990.94 | $283.11 | $707.83 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,828.04 | $807.98 | $2,020.06 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,584.91 | $738.52 | $1,846.39 |
| 10 | US DEPT OF EDUCATION | Unsecured Creditors | $5,028.12 | $1,436.55 | $3,591.57 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $3,493.73 | $998.17 | $2,495.56 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,404.59 | $1,258.40 | $3,146.19 |

**Chapter 13 Case No. 21-14457 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,226.60 | $636.15 | $1,590.45 |
| 14 | COLONIAL SAVINGS, F.A.<br>»» P/6 BARBARA LANE/1ST MTG | Mortgage Arrears | $15,160.35 | $15,160.35 | $0.00 |
| 15 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»»  QCARD | Unsecured Creditors | $1,485.31 | $424.36 | $1,060.95 |
| 16 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» TJX REWARDS CC | Unsecured Creditors | $954.24 | $272.63 | $681.61 |
| 17 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»»  PC RICHARDS | Unsecured Creditors | $2,983.76 | $852.47 | $2,131.29 |
| 18 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»»  CARECREDIT | Unsecured Creditors | $4,224.81 | $1,207.04 | $3,017.77 |
| 19 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $590.02 | $168.57 | $421.45 |
| 20 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $592.22 | $169.20 | $423.02 |
| 21 | AMERICAN HERITAGE FCU<br>»» 2013 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK BY AIS INFOSOURCE LP | Unsecured Creditors | $2,710.56 | $774.42 | $1,936.14 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,450.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $32,513.33 | Current Monthly Payment: | $1,550.00 |
| Paid to Trustee: | $3,098.50 | Arrearages: | $0.00 |
| Funds on Hand: | $3,838.17 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

