UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Nicola DeSanctis

Case No.: 21-14457
Chapter: 13
Judge: CMG

### NOTICE OF PROPOSED PRIVATE SALE

_____Nicola DeSanctis_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ____Christine M. Gravelle____ on ____October 2, 2024____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, _____Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 6 Barbara Lane, Oakhurst, NJ 07755.

Proposed Purchaser: Six Barbara Lane, LLC

Sale price: $850,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Oliver & Legg, LLC // Cathy Ades Real Estate, LLC // Cathy Ades Real E
Amount to be paid: $3,500.00 // 2% of sale price // 2% off sale price
Services rendered: Attorney for Seller // Listing Broker // Selling Broker

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: R. Cameron Legg, Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Nicola DeSanctis  
    Debtor

Case No. 21-14457-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Aug 27, 2024      Form ID: pdf905      Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicola DeSanctis, 6 Barbara Lane, Oakhurst, NJ 07755-1219 |
| 519224795 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519224820 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519224821 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519224827 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519256487 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2024 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2024 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224794 | + | Email/Text: jvalencia@amhfcu.org | Aug 27 2024 20:30:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519224796 | ^ | MEBN | Aug 27 2024 20:25:05 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 519224799 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 20:29:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519224800 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 20:29:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519224798 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 20:29:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519262612 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 27 2024 20:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519224801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 20:48:05 | Cap1/l&t, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519224802 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 20:34:28 | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4158 |
| 519224803 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 20:47:56 | Capital Bank N.A., 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 519224804 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 20:47:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519224805 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 20:35:20 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519224809 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:48:46 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519224810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:36:45 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 519224811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:48:49 | Citi/L.L. Bean, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519275915 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:36:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519224813 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:48:05 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224812 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:35:32 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519267507 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 27 2024 20:30:00 | Colonial Savings, Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 519224814 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 27 2024 20:30:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 519224815 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 27 2024 20:30:00 | Colonial Savings & Loans, P O Box 2988, Fort Worth, TX 76113-2988 |
| 519224817 |   | Email/Text: mrdiscen@discover.com | Aug 27 2024 20:29:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519228993 |   | Email/Text: mrdiscen@discover.com | Aug 27 2024 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519228723 | + | Email/Text: mrdiscen@discover.com | Aug 27 2024 20:29:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519224816 | + | Email/Text: mrdiscen@discover.com | Aug 27 2024 20:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519224819 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Aug 27 2024 20:29:00 | EnerBankUSA, 1245 E Brickyard, Salt Lake City, UT 84106-2559 |
| 519224818 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Aug 27 2024 20:29:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 519224822 |   | Email/Text: reports@halstedfinancial.com | Aug 27 2024 20:29:00 | Halsted Financial Serv, P.o. Box 828, Skokie, IL 60077 |
| 519224823 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2024 20:29:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519224807 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 20:49:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519224808 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 20:47:53 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519253559 | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 20:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519235587 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 20:29:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519224824 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 20:29:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519224825 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 20:29:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519224826 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:35:36 | Macys, PO Box 71359, Philadelphia, PA 19176-1359 |

Case 21-14457-CMG    Doc 37    Filed 08/29/24    Entered 08/30/24 00:13:17    Desc Imaged
                               Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf905 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 519264811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 20:49:11 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519224797 | | Email/Text: bankruptcy@self.inc | Aug 27 2024 20:29:00 | Atlantic Capital Bank, 515 Congress Ave, Austin, TX 78701 |
| 519224829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:47:57 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224828 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:36:46 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519224831 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 20:48:20 | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:48:45 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:34:25 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519224834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:34:25 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224836 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:34:25 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 519224835 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:49:52 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519224837 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:48:03 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519224838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 20:48:44 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519248168 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 20:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519224840 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 20:29:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519224839 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 20:29:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519224841 | ^ | MEBN | Aug 27 2024 20:26:50 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519256487 | ^ | MEBN | Aug 27 2024 20:26:37 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519838639 | + | Email/Text: EBN@edfinancial.com | Aug 27 2024 20:29:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 519224842 | ^ | MEBN | Aug 27 2024 20:25:18 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519224843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:35:32 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 519224844 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 20:48:04 | Visa Dept Store National Bank, 911 Duke Blvd, Mason, OH 45040 |
| 519239947 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 27 2024 20:48:13 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519224845 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 27 2024 20:48:13 | Wells Fargo Home Projects, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519224846 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 27 2024 20:49:44 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519224806 | | Capital One Bank Usa N |
| 519224830 | | Syncb/walmart |
| 519226772 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519267871 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519273921 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of U.S. Trustee U.S. Trustee dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Nicola DeSanctis courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5