Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−14457−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicola DeSanctis
   6 Barbara Lane
   Oakhurst, NJ 07755

Social Security No.:
   xxx−xx−2431

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      11/6/24
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Robert Cameron Legg, Debtor's Attorney

COMMISSION OR FEES
fee: $1,200.00

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2024
JAN: mjb

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-14457-CMG

Nicola DeSanctis  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Oct 07, 2024 | Form ID: 137 | Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicola DeSanctis, 6 Barbara Lane, Oakhurst, NJ 07755-1219 |
| r | + | Cathy Ades Real Estate, LLC, 369 Monmouth Road, West Long Branch, NJ 07764-1205 |
| 519224795 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519224821 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519224820 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519224827 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2024 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2024 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224794 | + | Email/Text: jvalencia@amhfcu.org | Oct 07 2024 20:41:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519224796 | ^ | MEBN | Oct 07 2024 20:34:10 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 519224799 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2024 20:40:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519224800 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2024 20:40:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519224798 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2024 20:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519262612 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 07 2024 20:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519224801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 20:43:25 | Cap1/l&t, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519224802 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2024 20:43:40 | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4158 |
| 519224803 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2024 20:43:21 | Capital Bank N.A., 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 519224804 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 20:43:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519224805 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 20:43:23 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519224809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:44 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519224810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:43 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 519224811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:44 | Citi/L.L. Bean, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519275915 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519224813 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:25 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224812 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:43 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519267507 | + | Email/Text: bankruptcydesk@colonialsavings.com | Oct 07 2024 20:41:00 | Colonial Savings, Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 519224814 | + | Email/Text: bankruptcydesk@colonialsavings.com | Oct 07 2024 20:41:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 519224815 | + | Email/Text: bankruptcydesk@colonialsavings.com | Oct 07 2024 20:41:00 | Colonial Savings & Loans, P O Box 2988, Fort Worth, TX 76113-2988 |
| 519224817 | | Email/Text: mrdiscen@discover.com | Oct 07 2024 20:40:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519228993 | | Email/Text: mrdiscen@discover.com | Oct 07 2024 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519228723 | + | Email/Text: mrdiscen@discover.com | Oct 07 2024 20:40:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519224816 | + | Email/Text: mrdiscen@discover.com | Oct 07 2024 20:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519224819 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Oct 07 2024 20:41:00 | EnerBankUSA, 1245 E Brickyard, Salt Lake City, UT 84106-2559 |
| 519224818 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Oct 07 2024 20:41:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 519224822 | | Email/Text: reports@halstedfinancial.com | Oct 07 2024 20:40:00 | Halsted Financial Serv, P.o. Box 828, Skokie, IL 60077 |
| 519224823 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2024 20:41:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519224807 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2024 20:43:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519224808 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2024 20:43:30 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519253559 | + | Email/Text: RASEBN@raslg.com | Oct 07 2024 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519235587 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2024 20:40:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519224824 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2024 20:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519224825 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2024 20:40:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519224826 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:43 | Macys, PO Box 71359, Philadelphia, PA 19176-1359 |

Case 21-14457-CMG    Doc 50    Filed 10/09/24    Entered 10/10/24 00:15:14    Desc Imaged
                               Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: 137 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 519264811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2024 20:43:43 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519224797 | + | Email/Text: bankruptcy@self.inc | Oct 07 2024 20:41:00 | Atlantic Capital Bank, 515 Congress Ave, Austin, TX 78701 |
| 519224829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:39 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224828 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:24 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519224831 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 07 2024 20:53:58 | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:39 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:39 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519224834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:32 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224836 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:45 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 519224835 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:24 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519224837 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:23 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519224838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 20:43:24 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519248168 | + | Email/Text: bncmail@w-legal.com | Oct 07 2024 20:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519224840 | + | Email/Text: bncmail@w-legal.com | Oct 07 2024 20:41:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519224839 | + | Email/Text: bncmail@w-legal.com | Oct 07 2024 20:41:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519224841 | ^ | MEBN | Oct 07 2024 20:38:06 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519256487 | ^ | MEBN | Oct 07 2024 20:38:19 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519838639 | + | Email/Text: EBN@edfinancial.com | Oct 07 2024 20:40:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 519224842 | ^ | MEBN | Oct 07 2024 20:34:22 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519224843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:34 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 519224844 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 20:43:32 | Visa Dept Store National Bank, 911 Duke Blvd, Mason, OH 45040 |
| 519239947 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2024 20:43:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519224845 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2024 20:43:25 | Wells Fargo Home Projects, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519224846 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2024 20:43:43 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 61

Case 21-14457-CMG    Doc 50    Filed 10/09/24    Entered 10/10/24 00:15:14    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: 137 | Total Noticed: 67 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519224806 | | Capital One Bank Usa N |
| 519224830 | | Syncb/walmart |
| 519226772 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519267871 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519273921 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of U.S. Trustee U.S. Trustee dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Nicola DeSanctis courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5