UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorneys for Debtor
courtdocs@oliverandlegg.com

| | |
|---|---|
| In Re: | Case No.:  21-14457 |
| Nicola DeSanctis | Chapter: 13 |
| Debtor | Hearing Date: November 6, 2024 @ 12pm |
| | Judge:   CMG |

**Order Filed on November 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED.**

**DATED: November 8, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $1,200.00 for services rendered.  The allowance is payable through the Chapter 13 Plan as an administrative priority.

**FURTHUR ORDERED** the trustee payment shall disburse funds on hand to satisfy the total fee of $1,200.00.