| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Nicola DeSanctis <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2431 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   21–14457–CMG | | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Nicola DeSanctis

_5/1/25_                                                                         **By the court:** <u>Christine M. Gravelle</u>
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 21-14457-CMG
Nicola DeSanctis                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 4
Date Rcvd: May 01, 2025        Form ID: 3180W        Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicola DeSanctis, 3938 SE 9th Court, Cape Coral, FL 33904-5213 |
| r | + | Cathy Ades Real Estate, LLC, 369 Monmouth Road, West Long Branch, NJ 07764-1205 |
| 519224795 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519224821 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519224820 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519235587 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519224827 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 01 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 01 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224794 | + | Email/Text: jvalencia@amhfcu.org | May 01 2025 20:53:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519224796 | ^ | MEBN | May 01 2025 20:50:57 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 519224799 | | EDI: BANKAMER | May 02 2025 00:41:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519224800 | + | EDI: BANKAMER | May 02 2025 00:41:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519224798 | + | EDI: BANKAMER | May 02 2025 00:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519262612 | + | EDI: BANKAMER2 | May 02 2025 00:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519224801 | + | EDI: CAPITALONE.COM | May 02 2025 00:41:00 | Cap1/l&t, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519224802 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 21:05:41 | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4158 |
| 519224803 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 21:16:20 | Capital Bank N.A., 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 519224804 | + | EDI: CAPITALONE.COM | May 02 2025 00:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519224805 | + | EDI: CAPITALONE.COM | May 02 2025 00:41:00 | Capital One, Po Box 31293, Salt Lake City, UT |

Case 21-14457-CMG    Doc 60    Filed 05/03/25    Entered 05/04/25 00:16:11    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 01, 2025 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 519224808 | + | EDI: JPMORGANCHASE | May 02 2025 00:41:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519224807 | + | EDI: JPMORGANCHASE | May 02 2025 00:41:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519224809 | | EDI: CITICORP | May 02 2025 00:41:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519224810 | + | EDI: CITICORP | May 02 2025 00:41:00 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 519224811 | + | EDI: CITICORP | May 02 2025 00:41:00 | Citi/L.L. Bean, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519275915 | | EDI: CITICORP | May 02 2025 00:41:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519224813 | + | EDI: CITICORP | May 02 2025 00:41:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224812 | + | EDI: CITICORP | May 02 2025 00:41:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519267507 | + | Email/Text: bankruptcydesk@colonialsavings.com | May 01 2025 20:53:00 | Colonial Savings, Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 519224814 | + | Email/Text: bankruptcydesk@colonialsavings.com | May 01 2025 20:53:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 519224815 | + | Email/Text: bankruptcydesk@colonialsavings.com | May 01 2025 20:53:00 | Colonial Savings & Loans, P O Box 2988, Fort Worth, TX 76113-2988 |
| 519224817 | | EDI: DISCOVER | May 02 2025 00:41:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519228993 | | EDI: DISCOVER | May 02 2025 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519228723 | + | EDI: DISCOVER | May 02 2025 00:41:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519224816 | + | EDI: DISCOVER | May 02 2025 00:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519224819 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | May 01 2025 20:53:00 | EnerBankUSA, 1245 E Brickyard, Salt Lake City, UT 84106-2559 |
| 519224818 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | May 01 2025 20:53:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 519224822 | | Email/Text: reports@halstedfinancial.com | May 01 2025 20:52:00 | Halsted Financial Serv, P.o. Box 828, Skokie, IL 60077 |
| 519224823 | | EDI: IRS.COM | May 02 2025 00:41:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519253559 | | Email/Text: RASEBN@raslg.com | May 01 2025 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519224824 | + | EDI: CAPITALONE.COM | May 02 2025 00:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519224825 | + | EDI: CAPITALONE.COM | May 02 2025 00:41:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519224826 | | EDI: CITICORP | May 02 2025 00:41:00 | Macys, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519264811 | | EDI: PRA.COM | May 02 2025 00:41:00 | Portfolio Recovery Associates, LLC, c/o The |

Case 21-14457-CMG    Doc 60    Filed 05/03/25    Entered 05/04/25 00:16:11    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 01, 2025 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | Home Depot, POB 41067, Norfolk VA 23541 |
| 519224797 | | Email/Text: bankruptcy@self.inc | May 01 2025 20:52:00 | Atlantic Capital Bank, 515 Congress Ave, Austin, TX 78701 |
| 519224829 | + | EDI: SYNC | May 02 2025 00:41:00 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224828 | + | EDI: SYNC | May 02 2025 00:41:00 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519224831 | + | EDI: AISACG.COM | May 02 2025 00:41:00 | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224832 | + | EDI: SYNC | May 02 2025 00:41:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224833 | + | EDI: SYNC | May 02 2025 00:41:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519224834 | + | EDI: SYNC | May 02 2025 00:41:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224836 | + | EDI: SYNC | May 02 2025 00:41:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 519224835 | + | EDI: SYNC | May 02 2025 00:41:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519224837 | + | EDI: SYNC | May 02 2025 00:41:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519224838 | + | EDI: SYNC | May 02 2025 00:41:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519248168 | + | Email/Text: bncmail@w-legal.com | May 01 2025 20:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519224840 | + | EDI: WTRRNBANK.COM | May 02 2025 00:41:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519224839 | + | EDI: WTRRNBANK.COM | May 02 2025 00:41:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519224841 | ^ | MEBN | May 01 2025 20:52:20 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519256487 | ^ | MEBN | May 01 2025 20:52:27 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519838639 | + | Email/Text: EBN@edfinancial.com | May 01 2025 20:52:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 519224842 | ^ | MEBN | May 01 2025 20:51:05 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519224843 | + | EDI: CITICORP | May 02 2025 00:41:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 519224844 | | EDI: CITICORP | May 02 2025 00:41:00 | Visa Dept Store National Bank, 911 Duke Blvd, Mason, OH 45040 |
| 519239947 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 01 2025 21:06:10 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519224845 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 01 2025 21:05:34 | Wells Fargo Home Projects, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519224846 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 01 2025 21:05:50 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519224806 | | Capital One Bank Usa N |
| 519224830 | | Syncb/walmart |
| 519226772 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519267871 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519273921 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of U.S. Trustee U.S. Trustee dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Nicola DeSanctis courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6